IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DACKTRUSTEN, AB, A Swedish Company; <br><br> Plaintiff, <br><br> vs. <br><br> MICRONIZING TECHNOLOGIES, LLC, A Texas Limited Liability Company; <br><br> Defendant. | **7:20CV5004** <br><br> **ORDER** |

The companion Colorado case may be settled. An agreement was reached, but there may be an issue regarding the signing of mutual releases. The resolution of that issue will determine if this case is also resolved.

Accordingly,

IT IS ORDERED that a conference call will be held before the undersigned magistrate judge on July 6, 2021 at 11:00 a.m. to discuss the deadline for filing dismissal documents in this action or, if the issue of mutual releases for the Colorado case has not been resolved by July 6, 2021, the schedule for progressing this case to trial. Counsel shall use the conferencing instructions assigned to this case to participate in the call.

Dated this 1st day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge